# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**STEVEN G. GREEN,**

Plaintiff,

vs.  Civil No. 07-2712

**SELECT REMEDY,**

Defendant.

# ORDER ADOPTING REPORT AND RECOMMENDATION
# AND DISMISSING CASE

On June 20, 2008, Magistrate Judge Tu Pham issued a Report and Recommendation (hereinafter "Recommendation") recommending that this case be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as it is identical to another case pending in this district. The Court has conducted a de novo review of the record and finds that the Recommendation is well reasoned.

Accordingly, the Court **ADOPTS** the Recommendation, and hereby dismisses the case without prejudice.

**IT IS SO ORDERED** this 25th day of June 2008.

                                                   s/Bernice Bouie Donald
                                                   BERNICE BOUIE DONALD
                                                   UNITED STATES DISTRICT COURT JUDGE